UNITED STATES PROBATION OFFICE
EASTERN DISTRICT OF NORTH CAROLINA

Van R. Freeman, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Fax: 919-861-5555

**DATE:** February 28, 2024

**FROM:** Timothy L. Gupton
Senior U.S. Probation Officer

**SUBJECT:** **WADDELL, II, Clark Duvaul Frye**
**Case No.: 5:24-CR-49-1BO**
**Request for Early Termination**

**TO:** Terrence W. Boyle
United States District Judge

On November 12, 2019, Clark Duvaul Frye Waddell, II, was convicted of Possession With Intent to Distribute Marijuana and Felon in Possession of a Firearm. Mr. Waddell appeared in the United States District Court for the Middle District of North Carolina and received 44 months imprisonment, followed by 3 years of supervised release. He began supervision on June 16, 2022, and a Transfer of Jurisdiction was filed in the Eastern District of North Carolina on February 13, 2024.

Mr. Waddell has performed satisfactorily on supervision. He has submitted to DNA testing, has had no new criminal charges, and has been on low intensity supervision since January 2023. All drug screens have been negative. Mr. Waddell is also gainfully employed and has satisfied all his monetary obligations. His term of supervision is set to expire on June 15, 2025.

The probation office is requesting early termination. The U.S. Attorney's Office agrees with our recommendation for early termination. Please indicate the court's preference by marking the appropriate selection below.

☒ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_Terrence Boyle_          2-28-24
Terrence W. Boyle          Date
United States District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.           Crim. No. 5:24-CR-49-1BO

**CLARK DUVAUL FRYE WADDELL, II**

On June 16, 2022, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Timothy L. Gupton  
Timothy L. Gupton  
Senior U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8686  
Executed On: February 28, 2024

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___28___ day of ___Feb_____, 2024.

Terrence W. Boyle  
United States District Judge